UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| IN RE: | CASE NO: 08-33136 |
|---|---|
| CARL H SMITH | (Chapter 13) |
| Debtor | JUDGE GUY R. HUMPHREY |

### REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4089258**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 4/ 8 | ACE CASH EXPRESS<br>3902 LINDEN AVE<br>DAYTON, OH  45432 | 17.32 |

/s/ Jeffrey M. Kellner

Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 7/26/2011

Certificate of Service                    08-33136

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

CARL H SMITH
40 S HARBINE AVENUE
DAYTON, OH  45403

MICHAEL J ELLERBROCK
4403 N MAIN ST
DAYTON, OH  45405

(8.1)
ACE CASH EXPRESS
3902 LINDEN AVE
DAYTON, OH  45432

(38.1n)
ASCENSION CAPITAL GROUP INC
ATTN CAPITAL ONE AUTO FINANCE
BOX 201347
ARLINGTON, TX  76006

(27.1n)
ERICH M RAMSEY
ASCENSION LAW GROUP
BOX 201347
ARLINGTON, TX  76006

(32.1n)
JEFFERSON CAPITAL SYSTEMS LLC
BOX 7999
SAINT CLOUD, MN  56302

(35.1n)
JP MORGAN CHASE BANK NA
ATTN BANKRUPTCY DEPARTMENT
BOX 24603
COLUMBUS, OH  43219

Jeffrey M. Kellner BY      /s/ Jeffrey M. Kellner            sv